UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HANEEF MUHAMMAD,

    Plaintiff,

v.                                   Civil Action 2:25-cv-1323
                                       Judge Douglas R. Cole
                                       Magistrate Judge Chelsey M. Vascura

THE HARTFORD,

    Defendant.

## ORDER

    This matter is before the Court on Plaintiff's Motion to Restore PACER Access and Electronic Filing Privileges and Notice of Unconstitutional Restrictions. (ECF No. 12.) Plaintiff's e-filing privileges were revoked in a related case after he made numerous, often duplicative, filings in that matter in contravention of this Court's Orders. (*See Haneef Muhammad v. Gap, Inc. et al.*, 2:24-cv-3676-DRC-CMV, ECF No. 107.) However, Plaintiff has not been granted e-filing privileges in this case, and therefore, he has no e-filing privileges that can be restored here. Moreover, any challenge he makes to the revocation of his e-filing privileges in the related case must be in that matter. The Court further notes that Plaintiff remains able to file documents in both cases by personally delivering or mailing them to the Clerk's office. Accordingly, Plaintiff's Motion (ECF No. 12) is **DENIED without prejudice**.

    IT IS SO ORDERED.

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE